IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SEAN ALLEN REYNOLDS

        Plaintiff,    :    Case No. 3:10-cv-480

- vs -    :    District Judge Walter Herbert Rice
               Magistrate Judge Michael R. Merz

MIAMI COUNTY JAIL,    :

        Defendant.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #18), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff's Complaint is DISMISSED without prejudice.

March 29, 2011.

                                                Walter Herbert Rice
                                                United States District Judge